IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

DONNA STANBERRY,

    Plaintiff

V.

PUBLIC PARTNERSHIPS, LLC.,

    Defendant.

SERVE:    CT Corporation System
           4701 Cox Road, Suite 285
           Glen Allen, VA  23060

## COMPLAINT

Comes now Plaintiff, Donna Stanberry, by counsel, and requests a trial by jury and for her complaint against Defendant Public Partnerships, LLC ("Public"), states and alleges as follows:

1. Plaintiff Donna Stanberry is a resident of the Commonwealth of Virginia.

2. Defendant Public Partnerships, LLC is a Delaware Limited Liability Corporation which is registered to do business in Virginia.

3. Public is an employer within the meaning of the Fair Labor Standards Act.

4. Jurisdiction of this Court is founded under the provisions of 28 U.S.C. § 1331 and the Fair Labor Standards Act, 929 U.S.C. § 316.

5. Plaintiff worked in Smyth County, Virginia.  Consequently, venue is proper in this Court.

6. Public regularly does business both within and without the Commonwealth of Virginia.  It regularly engages in interstate commerce.

7. Plaintiff was first employed by the Defendant in 2009. Her position was that of a caretaker. That is to say she was an in-home worker who gave care to elderly or medically infirm individuals.

8. Plaintiff was not a salaried employee. Her rate of pay was $8.86 per hour.

9. Plaintiff regularly worked in excess of forty (40) hours per week. In doing so, she should have been paid $13.29 for hours worked in excess of forty (40) hours per week. Defendant, however, deliberately refused to pay Plaintiff at her overtime rate.

10. In other words, Defendant failed to compensate the Plaintiff at the lawful overtime rate.

11. In failing to pay Plaintiff overtime, Defendant was in deliberate and knowing violation of Plaintiff's rights under the Fair Labor Standards Act.

12. Defendant's refusal and failure to compensate Plaintiff for time worked in excess of forty (40) hours per week at the rate not less than one and one-half times her regular rate of pay was a violation of the Fair Labor Standards Act. Defendant's failure to pay overtime compensation was in knowing violation of the Fair Labor Standards Act and was a deliberate violation of Plaintiff's rights under that Act.

13. As a direct and proximate result of Defendant's failure to pay Plaintiff for the extensive overtime she worked as required by the Fair Labor Standards Act, Plaintiff has sustained monetary damages.

14. Defendant's deliberate and knowing unlawful conduct entitles Plaintiff to an award of liquidated damages.

WHEREFORE, Plaintiff Donna Stanberry prays that a judgment be entered herein against Defendant Public Partnerships, LLC in the amount respectfully and lawfully due Plaintiff for overtime pay according to proof, liquidated damages, interest as this Court may determine and Plaintiff's costs, including but not limited to reasonable attorney's fees as allowed by federal law.

                                        DONNA STANBERRY
                                        By Counsel

CURCIO & STOUT
P.O. Box 1478
Bristol, Virginia  24203
276) 466-3377
276) 669-4032 (FAX)


By     /s/  Edward G. Stout, VSB #21076
         Counsel for Plaintiff

         /s/ Joseph J. Curcio, VSB #87261
         Co-Counsel for Plaintiff